### *In re* HARRIS' ESTATE.

(*Supreme Court, General Term, Second Department.* May, 1891.)

Appeal from judgment on report of referee. .

A claim presented by Frank W. Harris against the estate of his deceased wife, Carrie W. Harris, having been rejected, the claimant now appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*M. J. Donovan,* for appellant. *William Vanamee,* for respondent.

DYKMAN, J. Frank Harris was the husband of Carrie W. Harris, who died in December, 1888. After her death he presented a claim against her estate of $2,170.89, which was disputed, and referred to a referee under the statute. The referee, after a trial before him, decided against the claim, and a judgment has been entered against the claimant for costs. The claim was entirely destitute of merit, and the finding of the referee is amply supported by the evidence, and the judgment should be affirmed, with costs. All concur.

---

### SMITH *v.* FOWLER.

(*Supreme Court, General Term, Second Department.* May 11, 1891.)

Appeal from special term.

Action by Albert C. Smith against Herbert J. Fowler. From an order dismissing an attachment theretofore granted, plaintiff appeals.

Argued before PRATT and DYKMAN, JJ.

*A. M. & G. Card,* for appellant. *M. H. Hirschberg,* for respondent.

PRATT, J. The allegations upon which the attachment was granted were so answered and explained by defendant that the dissolution of the attachment was proper. Not only was it made plain that there was no reason to apprehend defendant would dispose of his property to defraud his creditors, but some doubt exists as to the good faith of the original application. And much of the property taken possession of by the sheriff was exempt. The order vacating attachment is affirmed, with $10 costs and disbursements.

---

### BRIGGS *v.* LAWSON.

(*Supreme Court, General Term, Second Department.* May 11, 1891.)

Appeal from Dutchess county court.

Action by William D. Briggs against Casper Lawson to recover upon a contract. There was judgment for defendant upon a counter-claim, and the plaintiff appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*C. Morschauser,* for appellant. *Hackett & Williams,* for respondent.

DYKMAN, J. This action was based upon a contract between the plaintiff and defendant for the occupation of the farm of the latter by the former, and its object was to recover the value of certain grain. The defendant overcame the plaintiff's claim by a counter-claim, and recovered a judgment in his favor for a balance. The trial was in the county court, where the action was commenced, and the plaintiff has appealed to this court. The question presented by this appeal is whether the defendant was compelled under the agreement to furnish feed for the stock on the farm during the continuance of the agreement, and our examination satisfies us that the agreement received the proper construction at the trial, and that the cause was properly decided. The judgment should be affirmed, with costs.